# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00145-CV

**Coalition of Wholesale Electric Market Participants, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

## DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS

## M E M O R A N D U M   O P I N I O N

By order of May 6, 2004, this cause has been consolidated into, and will continue as, appeal number 03-04-00148-CV. The record filed in this cause is transferred to cause 03-04-00148-CV. No matters being left in cause 03-04-00145-CV, the appeal is dismissed.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Appeal Dismissed

Filed:   May 6, 2004